**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
JUNE 11, 2019 SESSION



FILED
JUN 12 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.                     CRIMINAL NO. 2:19-00148
                       18 U.S.C. § 912

**JOSEPH R. ZIEGLER**

# I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE
### (Impersonation of a Federal Officer or Employee)

On or about April 4, 2019, at or near Bomont, Clay County, West Virginia within the Southern District of West Virginia, defendant JOSEPH R. ZIEGLER did falsely assume and pretend to be an officer and employee acting under the authority of the United States, that is, an Assistant United States Attorney, and acted under the authority thereof, in that he made statements to Clay County Sheriff's Department Officers that ZIEGLER was not required to have a driver's license to drive in West Virginia and that the Clay County Sheriff's Department Office did not have jurisdiction over ZIEGLER because ZIEGLER was an Assistant United States Attorney.

In violation of Title 18, United States Code, Section 912.

## COUNT TWO
### (Impersonation of a Federal Officer or Employee)

On or about April 8, 2019, at or near Clay, Clay County, West Virginia within the Southern District of West Virginia, defendant JOSEPH R. ZIEGLER did falsely assume and pretend to be an officer and employee acting under the authority of the United States, that is, an Assistant United States Attorney, and acted under the authority thereof and in such pretended character demanded a thing of value, that is, a vehicle.

In violation of Title 18, United States Code, Section 912.

MICHAEL B. STUART
United States Attorney

By: _____
STEFAN J.O. HASSELBLAD
Assistant United States Attorney