In the United States District Court
For The Southern District of West Virginia
Charleston

United States of America,
    Plaintiff,

-vs-
                           Case No: 2:19-CR-00148

Joseph Ziegler,
    Defendant,

## Defendant's Proposed Voir Dire Questions

1. Has anyone read The U.S. Constitution

2. Does anyone support the 15-year Afghanistan War

3. Does anyone know that the U.S. Military claims they are there to guard heroin fields so it doesn't fall into wrong hands, and because it is needed for American pharmacidial companys

4. Does anyone know that The U.S. Supreme Court ruled in *Cohen v California* that Fuck is a protected speech, and that anyone can wear coat in any U.S. Courthouse that says "Fuck The Draft". (Its published)

(1)

5) Does anyone know that the U.S. Supreme Court also ruled that people have right to abortion, gay marriage, and not be discriminated or retaliated against for being engaged in a protected right determined by the U.S. Supreme Court.

6) Has anyone ever read the Declaration of Independence

7) Would anyone sign the same declaration of Independence if it was to the U.S. Government

8) What kind of music do you listen too

9) Has anyone ever heard of Aphroman, Little Bootsie, Sean Combs, Scuzz Twittley

10) Can anyone name the last war the United States actually won, and is recorded in History books, and common knowledge.

11) Do you think if a person waives the rights and freedoms our U.S. Military fought and died for, that they should not be entitled to those rights. (2)

(12) Can any one name The Three Branches of The U.S. Government in US Court

(13) Can Anyone name The Three Judicial Branches of The U.S. Government in US Const

(14) Does everyone know what a crime is, and what is, or is not, Against The law

(15) Does Anyone know That it is A 5-year Felony in West Virginia to harass, insult, or assault a child molester or rapist.

(16) Does Anyone Think There is A special law or exception for police officers not to follow The speed limit and speed past us All in non-emergency situations

(17) When you go to Court to contest A speeding Ticket you know you didnt do. Do The Judges Automatically believe The police or you.

(18) Has anyone ever been found not guilty for A Traffic Ticket based on The facts heard.

3

19) Does Anyone Know The FBI Director Approximately 6 years Ago Admitted to The American People That They never had Any DNA Science to identify individuals for over 20 years of testing And court testimony

20) Did Anyone start smoking cigarettes because of peer pressure

21) How many people Think They Are leaders

22) How many people Think They Are followers

23) How many people Think politicians Are honest And represent The best interests of The American people

24) How many people believe That The news Media would never lie to The American people.

25) How many people Think There should be more on TV Then police shows And shows About The American Court System.

26) If it is revealed That The prosecutor witheld evidence And witnesses committed perjury in past or during Trial, would you hold it Against The prosecuter.

8/01/19

(*) Note: This Defendant submits These questions because he can Ask Them personally. They are not submitted to offend or shock, but to pick A jury of my peers That is intelligent, cultured, And well-informed.

(4)