# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 8/13/2019                                                      Case Number 2:19-cr-00148
Case Style: USA vs. Joseph R. Ziegler
Type of hearing Pretrial Motions Hearing
Before the honorable: 2512-Faber
Court Reporter Ayme Cochran                                          Courtroom Deputy Cindy Lilly
Attorney(s) for the Plaintiff or Government Stefan Hasselblad, Monica Coleman


Attorney(s) for the Defendant(s) Joseph Zieger, David Bungard


Law Clerk Allison Skinner                                            Probation Officer

Trial Time

Motion to suppress or other evidentiary hearing. Type: suppress


Non-Trial Time



Court Time

1:32 pm    to 3:21 pm
3:32 pm    to 4:35 pm
Total Court Time: 2 Hours 52 Minutes Non-Trial Time/Uncontested Time

Courtroom Notes

Scheduled Start: 1:30 p.m.
Actual Start: 1:32 p.m.
Court in session for hearing on motions
Deputy Ryan Thomas sworn and examined
2:00 p.m.
Lisa Dawn Murphy sworn and examined
2:18 p.m.
Charles Jeffrey Rider sworn and examined
Government Exhibit 1 Marked and Admitted
2:37 p.m.
Michael Morris sworn and examined
Defendant Exhibit 1 Marked
3:21 p.m.
Recess
3:32 p.m.
In session
4:35 p.m.
Recess