# EXHIBIT LIST

UNITED STATES OF AMERICA

v.  Criminal No. 2:19-00148

JOSEPH R. ZIEGLER

| Presiding Judge: | Plaintiff Attorney(s): | Defendant Attorney(s): |
|---|---|---|
| David A. Faber | Stefan Hasselblad, Monica D. Coleman | Joseph R. Ziegler, David R. Bungard, standby counsel |
| **Proceeding Date(s):** Aug. 19, 20, 21, 2019 | **Court Reporter:** Lisa Cook, Kimberly Kaufman | **Courtroom Deputy:** Cynthia Lilly |

| Pltf No. | Deft No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|
| 1 |  | 8/19/19 | 8/19/19 | Photograph | Clerk |
| 2 |  | 8/19/19 | 8/19/19 | Photograph | Clerk |
| 3 |  | 8/19/19 | 8/19/19 | Photograph | Clerk |
|  | 1 | 8/19/19 | 8/19/19 | Photograph | Clerk |
|  | 2 | 8/19/19 | 8/19/19 | Photograph | Clerk |
|  | 3 | 8/20/19 | NOT ADMITTED | Affidavit of Deputy Thomas | Clerk |
|  | 4 | 8/20/19 | NOT ADMITTED | WV Lab Report | Clerk |
|  | 5 | 8/20/19 | 8/20/19 | Photograph | Clerk |
|  | 6 | 8/20/19 | NOT MOVED | Complaint (moved as Exhibit 8) | Clerk (#8) |
|  | 7 | 8/20/19 | NOT MOVED | Complaint (moved as Exhibit 8) | Clerk (#8) |
|  | 8 | 8/20/19 | 8/20/19 | Complaint | Clerk |
|  | 9 | 8/20/19 | 8/20/19 | Notice of Removal | Clerk |
|  | 10 | 8/20/19 | 8/20/19 | Notice of Removal | Clerk |
|  | 11 | 8/20/19 | NOT ADMITTED | Writ of Replevin | Clerk |
| 14 |  | 8/20/19 | 8/20/19 | Magistrate Document | Clerk |
| 4 |  | 8/20/19 | 8/20/19 | King Trucking Receipt | Clerk |

| Pltf No. | Deft No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|
| | 12 | 8/20/19 | NOT ADMITTED | Documents | Clerk |
| | 13 | 8/20/19 | NOT ADMITTED | Complaint | Clerk |
| | 14 | 8/20/19 | 8/20/19 | Video | Clerk |
| | 15 | 8/21/19 | NOT ADMITTED | Contract Exemption 3/2/17 | Clerk |
| | 16 | 8/21/91 | NOT ADMITTED | Contract Exemption 10/4/18 | Clerk |
| | | | | | |
| | | | | | |

*Location options: Clerk; U.S. Atty; U.S. Marshal; Gov=t Atty; Pl Atty, Def Atty; agency