

# WEST VIRGINIA STATE POLICE FORENSIC LABORATORY REPORT

**725 Jefferson Road, South Charleston, West Virginia 25309-1698**

July 11, 2019

R. E. THOMAS
CLAY CO. SHERIFF'S DEPT.
PO BOX 429
CLAY, WV 25043
PAGE 1 OF 2

AGENCY CASE NO. 19M2019M08M00187
LAB CASE NO. WVSP19-001398
REQUEST NO. 0002

SUPPLEMENTAL REPORT

**REFERENCE:** Joseph R. Ziegler - Suspect
Driving Under the Influence - 04/04/2019

**LABORATORY SECTION:** Toxicology

**EVIDENCE RECEIVED:** The following exhibits were received at the laboratory on 04/05/2019 via evidence locker and placed into secure storage:

**Item # 01.001:** One sealed gray top tube containing blood

**Item # 01.002:** One sealed gray top tube containing blood

**EVIDENCE DISPOSITION:** To be returned.

**EXAMINATION PERFORMED:** Toxicology Drug Analysis

**METHODOLOGY:** Preliminary Drug Screening was performed by High Performance Liquid Chromatography/Tandem Mass Spectrometry (LC-MS/MS) for compounds in Panel 1, Panel 2, the Negative 2 Panel, and the THC/metabolite Panel.

Confirmatory Drug Analysis was performed by High Performance Liquid Chromatography/Tandem Mass Spectrometry (LC-MS/MS) for compounds in the THC/metabolite Panel.

Quantitative results are reported as Result ± Uncertainty of Measurement (UM) at k=2, 95.45% Confidence Interval.



DEFENDANT'S EXHIBIT
CASE NO. 2:19-148
EXHIBIT NO. 4

*This examination has been made with the understanding that the evidence is connected with an official investigation and that the Laboratory Report will be used for official purposes only. The Laboratory Report shall not be reproduced, except in full, without the written approval of the West Virginia State Police Forensic Laboratory.*

R. E. THOMAS  
JULY 11, 2019  
PAGE 2 OF 2

AGENCY CASE NO.  19M2019M08M00187  
LAB CASE NO.  WVSP19-001398  
REQUEST NO.  0002  
SUPPLEMENTAL REPORT

RESULTS AND OPINIONS:

Item # 01.001 contained $1.88 \pm 0.28$ ng/ml THC and $10.18 \pm 1.83$ ng/ml THC-COOH.

Based on thresholds established by the WVSP Toxicology Laboratory, screening of Item #01.001 did not reveal any positive findings of toxicological significance on Panel 1, Panel 2, or the Negative 2 Panel; therefore, no further testing was conducted on these panels.

Item # 01.002 was not analyzed.

Please refer to the attached WVSP Toxicology Drug Panel for a current list of compounds and reporting limits.

Authorized by:

*Erin E. Feazell*

Erin E. Feazell  
Forensic Scientist

Enclosure (WVSP Form 53)  
Attachment (WVSP Toxicology Drug Panel - 2 pages)  
Reviewed by David Lockley.

DvL

This examination has been made with the understanding that the evidence is connected with an official investigation and that the Laboratory Report will be used for official purposes only. The Laboratory Report shall not be reproduced, except in full, without the written approval of the West Virginia State Police Forensic Laboratory.