IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.**  CRIMINAL NO. 2:19-00148

**JOSEPH R. ZIEGLER**

## MEMORANDUM OPINION AND ORDER

Yesterday, one day before sentencing in this matter, defendant filed the following pro se motions:

1) Motion for Appeal Bond and Stay [of] Proceedings (ECF No. 107);

2) Motion to Transfer Record/Transcript (ECF No. 108); and

3) An application to for leave to appeal in forma pauperis (ECF No. 105).

For the reasons explained in the court's Memorandum Opinion and Order denying "Defendant's Pro Se Motion to Show Cause Within 10-Days Legal Notice of Intent for Interlocutory Appeal" (ECF No. 111) and for the further reasons cited by the United States in response to defendant's motion to stay (ECF No. 110), the instant motions, all of which are associated with an unauthorized interlocutory appeal, are **DENIED.**

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the

Probation Office of this court.  Mr. Bungard should provide a copy to defendant.

IT IS SO ORDERED this 13th day of November, 2019.

ENTER:

_David A. Faber_
David A. Faber
Senior United States District Judge